Disposition of Petitions for Discretionary Review Under G.S. 7A-31

8 December 2016

| | | | |
|---|---|---|---|
| 257P16-2 | Federal National Mortgage Association a/k/a Fannie Mae v. William Gerald Price, the Trust, and William Gerald Price | 1. Petitioner's *Pro Se* Motion for Notice of Appeal | 1. — |
| | | 2. Respondent's Motion to Dismiss Appeal | 2. Allowed |
| | | 3. Respondent's Motion for Sanctions | 3. Dismissed without prejudice |
| | | 4. Petitioner's *Pro Se* Motion for Certified Certificate of Registration Pursuant to F.A.R.A., U.S.C. 22, § 611 | 4. Dismissed |
| 262P16 | Ronald G. Keaton, Jr., Employee v. ERMC, III, Employer, New Hampshire Insurance Company, Carrier, Carl Warren & Company, Third-Party Administrator | 1. Defs' Motion for Temporary Stay (COA15-1108) | 1. Allowed **07/13/2016** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. — |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. — |
| | | 4. Defs' Motion to Hold PDR in Abeyance | 4. — |
| | | 5. Defs' Motion to Withdraw PDR | 5. Allowed |
| 267P16 | Robert V. Powell v. P2Enterprises, LLC and Robert Henry Powell | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA15-542) | 1. Dismissed |
| | | 2. Plt's Petition for *Writ of Certiorari* to Review Decision of COA | 2. Denied |
| 268P16-2 | Owen D. Leavitt v. Willie Hargrove | Plt's *Pro Se* Motion for Notice of Appeal | Dismissed *ex mero motu* |
| 269P16 | State v. Shameil Dontel Smith | 1. Def's *Pro Se* Motion for Adversary Preliminary Hearing | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Notice of Discovery and Specific Demand for Information | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Transport | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion to Activate Indictment Information | 4. Dismissed |
| 270P16 | Matthew Nereim v. Ryan Cummins; City Chevrolet Automotive Company; Hendrick Luxury Collision Center, LLC; National General Insurance Company; and each of them | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-1253) | Denied |